AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*             DISTRICT OF     NEVADA

PAUL WEDDLE,

    Plaintiff,       JUDGMENT IN A CIVIL CASE

v.

                                     CASE NUMBER:    2:15-cv-02041-RCJ-NJK

ALAN NUTZMAN, et al.

    Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Motion for Summary Judgment ECF No. 34 is GRANTED IN PART and DENIED IN PART.

January 4, 2017                                    **DEBRA K. KEMPI**
                                                                                  Clerk

                                                                             /s/  K. Walker
                                                                              Deputy Clerk